UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HOWARD ) <br> FRANK HOWARD ) <br> DOROTHY HOWARD ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> NORTHSTAR LOCATION SERVICES, ) <br> LLC ) <br>     Defendant ) <br> ) | Case Number: 12-CV-3737 <br><br> CIVIL COMPLAINT |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that all plaintiffs listed above, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice and in so doing request the Clerk's Entry of Default be vacated.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Warren Law Group, P.C.
            58 Euclid Street
            Woodbury, NJ 08096
            856-848-4572